## AMES v. ELDRED et al.

DECLARATION OF HOMESTEAD — CONSTRUCTION OF STATUTE. — Under § 1263 Civil Code, a declaration *must* contain an estimate of the actual cash value. So *held*, with reference to a declaration of homestead that stated that the actual cash value was $5,000 and over.

APPEAL from a judgment for the plaintiff, in the Seventeenth District Court, County of Los Angeles. SEPULVEDA, J.

The facts are stated in the opinion.

*Thom & Ross*, and *C. N. Wilson*, for Appellants.

The declaration of homestead contains no estimate of the actual cash value of the land, as required by § 1263 Civil Code.

*James H. Blanchard*, and *Will. D. Gould*, for Respondent:

Cited Civil Code, §§ 1263, 1245, 1255; Estate of Delaney; 37 Cal. 182; *Myers* v. *Ford*, 22 Wis. 139.

MYRICK, J.:

The only question in this case is, as to the sufficiency of the declaration of homestead. Referring to the valuation of the premises, the declaration states "that the actual cash value is $5,000 *and over*." Section 1263 Civil Code provides that the declaration *must* contain an estimate of the actual cash value. To say that a piece of property is of the value of $5,000 and over, is not to give an estimate of the actual cash value: it is not to say whether the property is worth $5,000 or $50,000. (*Ashley* v. *Olmstead*, 54 Cal. 616.)

Judgment reversed and cause remanded, with directions to sustain the demurrer to the complaint.

THORNTON, J., and SHARPSTEIN, J., concurred.